C-13-15(c)(ECF)
(Rev. 2/97)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Cornish Deshazo, Jr. )  **Motion and Order**
      Ruth W. Deshazo ) **Chapter 13**
)
) No. B-10-82227 C-13D
Debtors )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Confirmation Order provided that in the event the Debtors defaulted in any Plan payment for 30 or more days, the Debtors' case would be automatically dismissed. The Debtors' last full payment was for December, 2010, and the Debtors are delinquent a total of $1,790.04.

The Standing Trustee respectfully recommends to the Court that this case be automatically dismissed for nonpayment.

Date: April 6, 2011      s/Richard M. Hutson
RMH:ltp      Richard M. Hutson, II, Standing Trustee

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-82227 C-13D**

Cornish Deshazo, Jr.
Ruth W. Deshazo
1307 Haywood Bailey Road
Roxboro, NC 27574

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702